■ WESTCHESTER ASPHALT DISTRIBUTING CORP., Appellant, v. YONKERS CONTRACTING CO., INC., et al., Respondents. — Motion for leave to appeal to the Court of Appeals granted. The following questions are certified: 1. Does

the first cause of action in the complaint state facts sufficient to constitute a cause of action? 2. Does the second cause of action in the complaint state facts sufficient to constitute a cause of action? Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. [See *ante,* p. 774.]